RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/18/14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLARENCE ALEXANDER FRITZ<br>A#079-089-179 | DOCKET NO. 13-cv-3196; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| ERIC HOLDER | MAGISTRATE JUDGE JAMES D. KIRK |

### REPORT AND RECOMMENDATION

Before the Court is a petition for writ of *habeas corpus* (28 U.S.C. §2241) filed by pro se Petitioner Clarence Alexander Fritz. Petitioner is an immigration detainee in the custody of the Department of Homeland Security/Bureau of Immigration and Customs Enforcement (DHS/ICE). He was being detained at the South Louisiana Correctional Center in Basile, Louisiana. Petitioner challenged his continued detention pending removal.

Petitioner is a native and citizen of the Bahamas. He alleged that he became subject to a final order of removal on May 14, 2013. Fritz claimed that, despite his cooperation, DHS/ICE has been unable to remove him; and, he has remained in custody pending such removal for a period in excess of six months.

According to the DHE/ICE detainee locator system, Petitioner is no longer in custody of the Department of Homeland Security/Bureau of Immigration and Customs Enforcement (DHS/ICE). Fritz's Petition for Writ of Habeas Corpus is therefore moot.

For the foregoing reasons, **IT IS RECOMMENDED** that Fritz's habeas petition be **DISMISSED AS MOOT**.

Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE TO WHICH THE PARTY DID NOT OBJECT.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 17th day of March, 2014.

_____
JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE

2