RECEIVED

JUN 1 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLARENCE ALEXANDER FRITZ<br>A#079-089-179 | DOCKET NO. 13-cv-3196; SEC. P |
| VERSUS | JUDGE STAGG |
| ERIC HOLDER | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED IT IS ORDERED** that the Petition of Clarence Alexander Fritz be and is hereby **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 11th day of June, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA